UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE STODDART,<br>Plaintiff,<br>v.<br>STATE OF NEVADA,<br>Defendant. | Case No.: 2:26-cv-03860-JAD-EJY<br><br>**ORDER** |

On November 18, 2026, pro se plaintiff Joe Stoddart, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. ECF No. 1. Plaintiff did not file a complaint, which he must do in order to commence an action in federal court.

**I. DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. The complaint must be signed by the unrepresented party. Fed. R. Civ. P. 11(a).

**II. CONCLUSION**

Accordingly, and for the reasons stated above,

IT IS HEREBY ORDERED that, no later than **December 23, 2026**, Plaintiff must submit a signed complaint on the Court's form.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint together with the instructions for doing the same.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED this 24th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE